SHAW, Justice.
We have for review Altingeyik v. State, 649 So.2d 943 (Fla. 4th DCA 1995), wherein the district court upheld the constitutionality of Florida’s anti-stalking statute, section 784.048, Florida Statutes (1993), based on State v. Kahles, 644 So.2d 512 (Fla. 4th DCA 1994). We have jurisdiction. Art. V, § 3(b)(3), Fla. Const. We have since approved Kahles. See Kahles v. State, 657 So.2d 897 (Fla.1995). We approve Altingeyik.
It is so ordered.
GRIMES, C.J., and OVERTON, KOGAN, HARDING, WELLS and ANSTEAD, JJ., concur.